Alfred H. SACHS, Estelle D. Sachs, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8061.

Circuit Court of Appeals, Sixth Circuit.

April 3, 1940.

Alfred H. Sachs, of Cleveland, Ohio, for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, T. M. Mather, Paul A. Sebastian, and Lee A. Jackson, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record and briefs and argument of counsel, on consideration whereof, it is ordered and adjudged that the decision reviewed be and the same is in all things affirmed for the reasons and upon the grounds stated in the opinion of the Board of Tax Appeals filed June 15, 1937.

SECOND LARKINS–WARR TRUST, an Express Trust, and A. J. Diffie v. SECURITIES AND EXCHANGE COMMISSION.

No. 2017.

Circuit Court of Appeals, Tenth Circuit.

April 22, 1940.

Elmer J. Lundy and Logan Stephenson, both of Tulsa, Okl., for appellants.

Chester T. Lane, Gen. Counsel, Securities and Exchange Commission, and Christopher M. Jenks, Asst. Gen. Counsel, Securities and Exchange Commission, both of Washington, D. C., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Cause remanded, judgment of the district court entered October 3, 1939, vacated, and proceeding dismissed per stipulation.

SOUTHWEST INVESTMENT TRUST, an Express Trust, and A. J. Diffie v. SECURITIES AND EXCHANGE COMMISSION.

No. 2018.

Circuit Court of Appeals, Tenth Circuit.

April 22, 1940.

Elmer J. Lundy and Logan Stephenson, both of Tulsa, Okl., for appellants.

Chester T. Lane, Gen. Counsel, Securities and Exchange Commission, and Christopher M. Jenks, Asst. Gen. Counsel, Securities and Exchange Commission, both of Washington, D. C., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Cause remanded, judgment of the district court entered October 3, 1939, vacated, and proceeding dismissed per stipulation.

John THOMAS, III, William R. Thomas, Jr., and Frederick H. Thomas, Executors of the Estate of William R. Thomas, Deceased, Plaintiffs-Appellants, v. Herman E. BAUMER, Receiver of the First National Bank of Johnston, Penna., Defendant-Appellee.

No. 7224.

Circuit Court of Appeals, Third Circuit.

Feb. 19, 1940.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

Charles F. C. Arensberg, of Pittsburgh, Pa., for appellants.

Philip N. Shettig, of Ebensburg, Pa., for appellee.

PER CURIAM.

The decree of the District Court is affirmed upon the opinion of Judge Gibson, 32 F.Supp. 36.